**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Order Filed on January 27, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re<br><br>**AMERICAN CENTER FOR CIVIL JUSTICE, INC.,**<br><br>Debtor. | CHAPTER 11<br><br>CASE NO.: 18-15691/CMG<br><br>Judge: Hon. Christine M. Gravelle |
| **AMERICAN CENTER FOR CIVIL JUSTICE, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOSHUA M. AMBUSH,**<br><br>Defendant. | ADV. PRO. NO. 18-1273 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON FIRST COUNT OF AMENDED COMPLAINT, GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT ON SECOND COUNT/COUNTERCLAIM OF AMENDED COMPLAINT, AND EXPUNGING CLAIM OF DEFENDANT JOSHUA M. AMBUSH IN ITS ENTIRETY**

The relief set forth on the following page, numbered two (2) and three (3), is hereby **ORDERED**.

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

**DATED: January 27, 2021**

American Center for Civil Justice, Inc. v. Joshua M. Ambush
Adv. Pro. No.:  18-1273/CMG
*Order Granting Plaintiff's Motion for Summary Judgment on First Count of Amended Complaint, Granting Defendant's Cross-Motion for Summary Judgment on Second Count/Counterclaim of Amended Complaint, and Expunging Claim of Joshua M. Ambush in its Entirety*

These matters having been opened to the Court upon the following motions pertaining to the first count of the Amended Complaint: (i) Plaintiff's Second Motion for Partial Summary Judgment filed on April 3, 2019 [Doc 26]; (ii) Defendant's Cross Motion for Partial Summary Judgment filed on May 17, 2019 [Doc 34]; and (iii) Plaintiff's Motion for Summary Judgment Expunging the Claim of Ambush Entirely filed on December 7, 2019 [Doc 50]; and upon the following motions pertaining to the second count/counterclaim of the Amended Complaint:  (i) Plaintiff's Motion for Summary Judgment on Second Count filed on May 8, 2020 [Doc 66]; and (ii) Defendant's Cross Motion for Summary Judgment [Doc 67]; and it appearing that  Defendant Joshua Ambush filed his claim on April 5, 2018 appearing in the Claims Register in the Main Case (Case No. 18-15691) as Claim number 2 in the amount of $31,800,000.00 (the "Ambush Claim"); and for the reasons set forth in the Opinions of the Court filed and entered on March 23, 2020 [Doc 59], and January 27, 2021 [Doc 82]; and it further appearing that the Fourth Modified Plan of Reorganization of the Debtor was confirmed by the Confirmation Order entered August 11, 2020 in the main Chapter 11 case of Plaintiff [Doc 697 in Case No, 18-15691]; and it appearing that pursuant to section 1141 of the Bankruptcy Code and the Confirmation Order, all claims of Ambush have been discharged; and for good and sufficient cause having been shown,

IT IS ORDERED as follows:

1. Judgment is entered in favor of Plaintiff, American Center for Civil Justice, Inc., on the first count of the amended complaint; and

2. Judgment is entered in favor of Defendant, Joshua Ambush, on the second count/counterclaim of the amended complaint; and

American Center for Civil Justice, Inc. v. Joshua M. Ambush
Adv. Pro. No.: 18-1273/CMG
*Order Granting Plaintiff's Motion for Summary Judgment on First Count of Amended Complaint, Granting Defendant's Cross-Motion for Summary Judgment on Second Count/Counterclaim of Amended Complaint, and Expunging Claim of Joshua M. Ambush in its Entirety*

3. The Ambush Claim is expunged in its entirety.