Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  American Center for Civil Justice, Inc.
Debtor

Case No.: 18−15691−CMG
Chapter 11

American Center for Civil Justice, Inc.
Plaintiff

v.

Joshua Ambush
Defendant

Adv. Proc. No. 18−01273−CMG                              Judge: Christine M. Gravelle

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 27, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 83 − 66
ORDER GRANTING PLAINTIFFS MOTION FOR SUMMARY JUDGMENT ON FIRST COUNT OF AMENDED COMPLAINT, GRANTING DEFENDANTS CROSS−MOTION FOR SUMMARY JUDGMENT ON SECOND COUNT/COUNTERCLAIM OF AMENDED COMPLAINT, AND EXPUNGING CLAIM OF DEFENDANT JOSHUA M. AMBUSH IN ITS ENTIRETY (Related Doc # 66). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/27/2021. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 27, 2021
JAN: dmi

Jeanne Naughton
Clerk